**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 3, 2015

Hon. Danice L. Obregon
Attorney at Law
802 N. Caranchua, Suite 2100
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Mr. Frankie Wayne Nealy
#1714921
Ellis Unit
1697 FM 980
Huntsville, TX 77343

Ms. Robin Michelle Nealy
101 Rice
Portland, TX 78374

Re:      Cause No. 13-14-00689-CV
Tr.Ct.No. S-12-5439FL-A
Style:    Frankie Wayne Nealy v. Robin Michelle Nealy


Appellant's motion to stay in the above cause was this day DISMISSED AS MOOT by this Court.


Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch